Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant KYLE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     vs.<br><br>KYLE MOORE,<br><br>          Defendants. | Case No. CR 13-00555 JST (KAW)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>RELEASE** |

The United States of America, by and through Assistant United States Attorney Wade M. Rhyne, and Kyle Moore, by and through his counsel Edward W. Swanson, hereby submit this stipulated request to modify Mr. Moore's conditions of release.

(1) On September 11, 2013, the Court set conditions of release for Mr. Moore, one of which was a condition that he not travel outside the Northern District of California without the permission of the Court.

(2)  The parties HEREBY STIPULATE that the conditions of Mr. Moore's release be modified to permit him to travel to San Joaquin County, in the Eastern District of California, on August 9, 2014.  The purpose of this modification is to allow Mr. Moore to attend a birthday party for his two-year-old nephew.

(3) Pretrial Services Officer Nelson Barao has no objection to the proposed modification.

IT IS SO STIPULATED.

DATED: August 4, 2014

/s/
Wade M. Rhyne
Assistant United States Attorney

DATED: August 4, 2014

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorney for KYLE MOORE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/5/14

Kandis Westmore

Hon. Kandis A. Westmore
United States Magistrate Judge