Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant KYLE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>    vs.<br><br>KYLE MOORE,<br><br>         Defendants. | Case No. CR 13-00555 JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING** |

The United States of America, by and through Assistant United States Attorney Wade M. Rhyne, and Kyle Moore, by and through his counsel Edward W. Swanson, hereby stipulate as follows:

(1) Sentencing in the above-captioned matter is set for August 22, 2014 at 9:30 a.m.  The parties agree that, due to a scheduling error on defense counsel's part, counsel is not available to appear on that date.  The parties further agree that the next date that accommodates all of counsels' schedules and is available on the Court's calendar is October 10.

(2)  The parties therefore agree that sentencing should be continued to October 10, 2014 at 9:30 a.m.

(3) Probation Officer Jessica Goldsberry has no objection to this request.

IT IS SO STIPULATED.

DATED: August 13, 2014

/s/
Wade M. Rhyne
Assistant United States Attorney

DATED: August 13, 2014

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorney for KYLE MOORE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 15, 2014

Hon. Jon S. Tigar
United States District Court

2

**Stipulation and [Proposed] Order to Continue**
*United States v. Moore*, CR 13-00555 JST